536 A.2d 339

Norman LEVENTHAL, Alan Leventhal and Edwin Sidman, T/A Philadelphia HSR Limited Partnership

v.

The CITY OF PHILADELPHIA, the Department of Revenue of the City of Philadelphia, and the Pennsylvania Convention Center Authority.

Supreme Court of Pennsylvania.

Argued Jan. 21, 1988.

Decided Jan. 22, 1988.

Henry W. Sawyer, III, Philadelphia, for petitioner.

Barbara W. Mather, Richard J. Gold, First Deputy City Sol., Seymour Kurland, Philadelphia, for respondent.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

ORDER

PER CURIAM:

Order of Court of Common Pleas affirmed. Opinion to follow.